No. 288. JOE BONNER *v.* J. C. MIDDLEBROOKS, SHERIFF
OF JONES COUNTY, GEORGIA. Appeal from the District
Court of the United States for the Southern District of
Georgia. Argued April 25, 1923. Decided April 30, 1923.
*Per Curiam.* Dismissed with costs for want of jurisdic-

tion upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225, 232; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. John Randolph Cooper,* with whom *Mr. W. O. Cooper, Jr.,* was on the brief, for appellant. *Mr. George M. Napier* and *Mr. Seward M. Smith,* for appellee, submitted.